ORDERED.

Dated: February 14, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

KEVIN MARTIN HORNSBY,                             Chapter 7
HEIDI RENEE HORNSBY,                              Case No.: 6:16-bk-07148-CCJ

    Debtor(s).
_____/

ORDER VACATING ORDER
GRANTING MOTION FOR RELIEF FROM STAY

This case came before the Court on the Court's own Motion. The Order Granting Motion for Relief from Stay (Doc. No. 14; the "Order") was signed by the Court in error and entered January 17, 2017. The Court's maximum allowed amount for attorney fees and costs is $526.00. Therefore, it is ORDERED that the Order (Doc. No. 14) is vacated.

Clerk's office to serve