

# Noble & Noble, P.A.
### Certified Public Accountants

May 30, 2017

Robert E Thomas, Trustee
P.O. Box 5075
Winter Park, FL 32793

Re: Bankruptcy Estate of Kevin & Heidi Hornsby
    Case No. 6:16-bk-07148-CCJ

## <u>INVOICE</u>

Preparation of Form 1041, U.S. Income Tax Return for Estates and Trusts with attached Form 1040, U.S. Individual Income Tax Returns for the short tax year ending March 31, 2017

Preparation of Form 1065, US Return of Partnership Income for Durham Martin, LLC for the short tax year ending March 31, 2017 with flow through income to estate for the same period.

(detailed time report attached)

|  |  |  |
|---|---|---|
|  |  | $ 639.50 |
| Other Expenses: | 66 Copies @ .15 | 9.90 |
|  | Balance Due | $ 649.40 |

*"EXHIBIT A"*

Matter: Kevin & Heidi Hornsby
Bankruptcy Case No. 6:16-bk-07148-CCJ

| Date | Staff | Description | | Time |
|------|-------|-------------|--|------|
| 4/4/17 | EN | Review documents, preparation of Form 1065, US Partnership Income Tax Return for Durham Martin, LLC for the year ending 3/31/17 with flow through income to the bankruptcy estate | | 2.2 |
| 4/4/17 | EN | Review documents, preparation of Form 1041, US Income Tax Return for Estates and Trusts for the short year ending 3/31/17 | | 1.1 |
| 4/4/17 | SC | Assembly of tax returns and preparation of transmission letters to client and to IRS - Philadelphia, PA and Ogden, Utah | | 0.7 |
| | | Emerson Noble, CPA | 3.3 hrs @ $180.00 | $ 594.00 |
| | | Statia Connett, Paraprofessional | .70 hrs @ $65.00 | 45.50 |
| | | Other Costs | 66 Copies @ $0.15 | 9.90 |
| | | Balance Due | | $ 649.40 |